IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-CR-00165-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER SHINGLETON, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se Motion for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) (DE 84) and his subsequent Supplement (DE 86) and Notice (DE 89) concerning the motion. The court notes that the motion was erroneously characterized as a request for relief pursuant to Amendment 821 to the U.S. Sentencing Guidelines, and that an order was issued erroneously directing the appointment of counsel pursuant to Standing Order 23-SO-6, which governs such motions. The court DIRECTS the Clerk of the Court to correct the text entries at DE 84, 86, and 89 to reflect the proper request for relief and to issue an order appointing counsel for the Defendant pursuant to Standing Order 19-SO-3.

SO ORDERED this 5th day of March, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE