IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-CR-00165-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER SHINGLETON,

    Defendant.

ORDER

    This matter comes before the court on Defendant's pro se motion for reconsideration of the court's November 21, 2024 order granting a reduction of Defendant's sentence [DE 105]. Defendant appears to be concerned that the reduction has impaired his ability to enter a reentry and rehabilitation facility due to a lack of time for processing before his release in July 2025 and, thus, Defendant requests a further reduction of his sentence to time served. The court finds Defendant fails to demonstrate that any further reduction is justified. He admits that even if the BOP were able to timely process his reentry, "it is not likely Defendant will get any time in RRC due to a lack of bed space." Defendant asserts that if he were released now, "probation [could] place Shingleton into a community confinement program until July 4, 2025"; however, he does not identify any such program or explain how such placement would, in fact, assist in his reentry. Accordingly, Defendant's motion is DENIED.

    SO ORDERED this 6th day of January, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE