IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-CR-00165-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER SHINGLETON,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se "Emergency Motion for Immediate Release Pursuant to 18 U.S.C. § 3582(c)" [DE 108]. Defendant contends that the Bureau of Prisons ("BOP") had incorrectly calculated his good time credit and set his release date to a date in September 2025, and he seeks an order finding that Defendant's correct release date is on or before July 16, 2025. The court has been informed that Defendant was, in fact, released from BOP custody on or about July 9, 2025. Accordingly, Defendant's motion is DENIED as moot.

SO ORDERED this 18th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE