UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Bryan Shingleton**　　　　　　　　　　**Docket No. 7:20-CR-165-1M**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Bryan Shingleton, who, upon a finding of guilt by jury to Bank Robbery, in violation of 18 U.S.C. § 2113(a) and Interference with Commerce by Robbery and Aid and Abetting, in violation of 18 U.S.C. §§ 1951 and 2 , was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on April 7, 2021, to the custody of the Bureau of Prisons for a term of 78 months. On November 22, 2024, the court reduced the term of custody to 62 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christopher Bryan Shingleton was released from custody on July 10, 2025, at which time the term of supervised release commenced.

A violation report was submitted on August 11, 2025, advising Shingleton tested positive for amphetamine, methamphetamine, and marijuana on July 29, 2025. Supervision was permitted to continue.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 20, 2025, Shingleton submitted to a urinalysis which he admitted would return positive for methamphetamine. Subsequently, the defendant signed a drug admission form indicating he last used methamphetamine on August 17, 2025. Shingleton was reprimanded for the violation conduct and expressed remorse. On August 27, 2025, the urinalysis was confirmed positive for methamphetamine by the national laboratory. Shingleton is currently enrolled in an approved course of substance abuse treatment with a local contract vendor. Additionally, he is participating in the surprise urinalysis program at the highest level. As a result of his violation conduct, it is respectfully recommended that he participate in Moral Recognition Therapy through Coastal Horizons Center in Wilmington, North Carolina, which will increase his likelihood of success on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Christopher Bryan Shingleton
Docket No. 7:20-CR-165-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: August 27, 2025

## ORDER OF THE COURT

Considered and ordered this 27th day of August, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge